No. 86–1841. SUNSHINE BISCUITS, INC. *v.* APPONI ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–1842. ARNAIZ *v.* UNITED STATES;
No. 86–1998. BACALLAO ET AL. *v.* UNITED STATES;
No. 86–6591. MOYA *v.* UNITED STATES; and
No. 86–6637. RODRIGUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–1846. HOWARD *v.* CHESAPEAKE & OHIO RAILWAY CO. C. A. 6th Cir. Certiorari denied.

No. 86–1849. WOMACK ET AL. *v.* GETTELFINGER ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–1852. LONG ET AL. *v.* FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–1853. OHIO DEPARTMENT OF MENTAL HEALTH *v.* MILTON. Sup. Ct. Ohio. Certiorari denied.

No. 86–1858. INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. *v.* ALLIED INTERNATIONAL, INC. C. A. 1st Cir. Certiorari denied.

No. 86–1861. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* HYATT ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–1862. JOHN HANSON SAVINGS & LOAN, INC. *v.* MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–1863. FINANCIAL INFORMATION, INC. *v.* MOODY'S INVESTORS SERVICE. C. A. 2d Cir. Certiorari denied.

No. 86–1864. COLAN *v.* CUTLER-HAMMER, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–1865. MARQUEZ-PEREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.